# COURT OF COMMON PLEAS OF SNYDER COUNTY
## DOCKET



Docket Number: CP-55-CR-0000017-2024
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Daniel Bozin

Page 1 of 4

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Hackenberg, Lori R. | Date Filed: 02/01/2024 | Initiation Date: 11/20/2023 |
| OTN: T 1001194-5 | LOTN: | Originating Docket No: MJ-17303-CR-0000276-2023 | |
| Initial Issuing Authority: | Scott A. Zeigler | Final Issuing Authority: | Scott A. Zeigler |
| Arresting Agency: | PSP - Selinsgrove | Arresting Officer: | Diggan, Tyler J. |
| Complaint/Citation No.: | F7AA9NQ10C | Incident Number: | PA 2023-1483986 |
| County: | Snyder | Township: | Monroe Township |
| Case Local Number Type(s) | | Case Local Number(s) | |

### STATUS INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Case Status: | Inactive | Status Date | Processing Status | Complaint Date: | 11/20/2023 |
| | | 04/24/2024 | Awaiting Formal Arraignment | | |
| | | 02/01/2024 | Awaiting Formal Arraignment | | |
| | | 02/01/2024 | Awaiting Filing of Information | | |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/29/2024 | 8:30 am | Snyder County Courtroom | President Judge Lori R. Hackenberg | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Date Of Birth: | 11/06/1977 | City/State/Zip: | Beverly Hills, CA  90210 |

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Bozin, Daniel |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | M3 | 18 § 2709 §§ A7 | Harassment - Comm. Repeatedly in Another Manner | 10/13/2023 | T 1001194-5 |
| 2 | 2 | M3 | 18 § 2709 §§ A7 | Harassment - Comm. Repeatedly in Another Manner | 10/13/2023 | T 1001194-5 |
| 3 | 3 | M1 | 18 § 2709.1 §§ A2 | Stalking - Repeatedly Comm. To Cause Fear | 10/13/2023 | T 1001194-5 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade    Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

**Exhibit 3**

# COURT OF COMMON PLEAS OF SNYDER COUNTY
## DOCKET



**Docket Number: CP-55-CR-0000017-2024**
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Daniel Bozin

Page 2 of 4

## DISPOSITION SENTENCING/PENALTIES

**Disposition**
  **Case Event**          **Disposition Date**       **Final Disposition**
    **Sequence/Description**          **Offense Disposition**          **Grade**   **Section**
      **Sentencing Judge**           **Sentence Date**                  **Credit For Time Served**
        **Sentence/Diversion Program Type**    **Incarceration/Diversionary Period**   **Start Date**
          **Sentence Conditions**

**Held for Court (Lower Court)**     Defendant Was Not Present
  Lower Court Disposition                  01/18/2024                  Not Final
    1 / Harassment - Comm. Repeatedly in Another Manner    Held for Court (Lower Court)    M3    18 § 2709 §§ A7
    2 / Harassment - Comm. Repeatedly in Another Manner    Held for Court (Lower Court)    M3    18 § 2709 §§ A7
    3 / Stalking - Repeatedly Comm. To Cause Fear          Held for Court (Lower Court)    M1    18 § 2709.1 §§ A2

**Proceed to Court**     Defendant Was Not Present
  Information Filed                         04/24/2024                 Not Final
    1 / Harassment - Comm. Repeatedly in Another Manner    Proceed to Court    M3    18 § 2709 §§ A7
    2 / Harassment - Comm. Repeatedly in Another Manner    Proceed to Court    M3    18 § 2709 §§ A7
    3 / Stalking - Repeatedly Comm. To Cause Fear          Proceed to Court    M1    18 § 2709.1 §§ A2

## COMMONWEALTH INFORMATION | ATTORNEY INFORMATION

**Name:** Snyder County District Attorney's Office
District Attorney

**Supreme Court No:**
**Phone Number(s):**
  570-837-4233        (Phone)
**Address:**
  9 West Market Street
  P.O. Box 217
  Middleburg, PA 17842

**Name:**

**Supreme Court No:**
**Rep. Status:**
**Phone Number(s):**

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/01/2024 | | Court of Common Pleas - Snyder County |
| Original Papers Received from Lower Court | | | |
| 4 | 02/01/2024 | | MDJ-17-3-03 |
| Fingerprint Order | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF SNYDER COUNTY
## DOCKET



Docket Number: CP-55-CR-0000017-2024
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Daniel Bozin

Page 3 of 4

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 02/01/2024 | | MDJ-17-3-03 |
| Request for Issuance of Bench Warrant | | | |
| 1 | 02/23/2024 | | Snyder County District Attorney's Office |
| Victim Services Fee-$75 | | | |
| 1 | 04/24/2024 | | Commonwealth of Pennsylvania |
| Information Filed | | | |

| | | | |
|---|---|---|---|
| Snyder County District Attorney's Office | Snyder County Clerk of Courts | | |
| 04/24/2024 | Interoffice | | |

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/30/2024 | | Hackenberg, Lori R. |
| Order dated 04/29/2024;Defendant did not appear for Formal Arraignment, Bench Warrant previously | | | |

| | | | |
|---|---|---|---|
| Bozin, Daniel | Snyder County Clerk of Courts | | |
| 04/30/2024 | First Class | | |
| Snyder County Adult Probation | | | |
| 04/30/2024 | eNotice | | Notified |
| Snyder County District Attorney's Office | | | |
| 04/30/2024 | eService | | Served |
| Snyder County District Attorney's Office | Snyder County Clerk of Courts | | |
| 04/30/2024 | Interoffice | | |
| Snyder County Prison | Snyder County Clerk of Courts | | |
| 04/30/2024 | E-Mail | | |
| Snyder County Sheriff's Department | Snyder County Clerk of Courts | | |
| 04/30/2024 | E-Mail | | |

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/15/2024 | | Piecuch, Michael |
| Order, Aug. 14, 2024 - the undersigend recuses himself from further participation in this matter | | | |

| | | | |
|---|---|---|---|
| Bozin, Daniel | Snyder County Clerk of Courts | | |
| 08/15/2024 | First Class | | |
| Commonwealth of Pennsylvania | Snyder County Clerk of Courts | | |
| 08/15/2024 | Interoffice | | |
| Snyder County Adult Probation | | | |
| 08/15/2024 | eNotice | | Notified |
| Snyder County District Attorney's Office | | | |
| 08/15/2024 | eService | | Served |

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 08/15/2024 | | Hackenberg, Lori R. |
| Order, Aug 15, 2024 - the undersigned recuses herself from further participation in this matter | | | |
| Bozin, Daniel | Snyder County Clerk of Courts | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF SNYDER COUNTY

## DOCKET



Docket Number: CP-55-CR-0000017-2024
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Daniel Bozin

Page 4 of 4

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 08/15/2024 | First Class | | |
| Commonwealth of Pennsylvania | | Snyder County Clerk of Courts | |
| 08/15/2024 | Interoffice | | |
| Snyder County Adult Probation | | | |
| 08/15/2024 | eNotice | | Notified |
| Snyder County District Attorney's Office | | | |
| 08/15/2024 | eService | | Served |

## CASE FINANCIAL INFORMATION

Last Payment Date:                                                                     Total of Last Payment:

**Bozin, Daniel**
Defendant

|  | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Clerk of Court Bench Warrant (Snyder) | $28.00 | $0.00 | $0.00 | $0.00 | $28.00 |
| Victim Services Fee (Snyder) | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| Costs/Fees Totals: | $103.00 | $0.00 | $0.00 | $0.00 | $103.00 |
| Grand Totals: | $103.00 | $0.00 | $0.00 | $0.00 | $103.00 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.