IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HON. LORI HACKENBERG, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 4:25-CV-01024 |
| | : | |
| DANIEL BOZIN, | : | Judge Matthew W. Brann |
| BOZIN MEDIA GROUP, LLC d/b/a | : | |
| BOZIN MEDIA, and | : | |
| BOZIN HOLDINGS, LLC, | : | |
| Defendants. | : | JURY OF 12 DEMANDED |

## **ORDER**

    Upon consideration of Defendants' Special Motion to Dismiss or for Entry of Judgment Filed Pursuant the Uniform Public Expression Protection Act, this Court finds that Plaintiff Lori Hackenberg has failed to state a claim upon which relief may be granted and has failed to come forward with genuine issues of material fact such that Defendants are entitled to judgment as a matter of law.

    Judgment is entered against Plaintiff and Plaintiff's First Amended Complaint dismissed with prejudice.

    The Court finds that Defendants are entitled an award against Plaintiff of attorney fees, court costs and litigation expenses under 42 Pa.C.S.A. § 8340.16. Defendants are directed to present the Court with a statement of attorney fees, court costs and litigation expenses within fourteen (14) days of the date of this Order.

DATE:_____          _____
                                                                    MATTHEW W. BRANN
                                                                    UNITED STATES DISTRICT JUDGE