IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HON. LORI HACKENBERG, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 4:25-CV-01024 |
| | : | |
| DANIEL BOZIN, | : | Judge Matthew W. Brann |
| BOZIN MEDIA GROUP, LLC d/b/a | : | |
| BOZIN MEDIA, and | : | |
| BOZIN HOLDINGS, LLC, | : | |
| Defendants. | : | |

**<u>ORDER</u>**

Upon consideration of the Motion for Leave to Withdraw and to Intervene on Limited Basis it is ORDERED as follows:

    A.    Timothy M. Kolman, Esquire, Timothy A. Bowers, Esquire, and Kymberley L. Best, Esquire are granted leave to withdraw from this matter.

    B.    Timothy M. Kolman, Esquire, Timothy A. Bowers, Esquire, and Kymberley L. Best, Esquire are granted leave to intervene in the matter for the limited purpose of taking actions necessary to secure an award of counsel fees under Pennsylvania's Uniform Public Expression Protection Act ("UPEPA") 42 Pa.C.S.A. § 8340.11, *et seq*. In so ordering, the Court does not make any prejudgment as to the propriety of such an award.

Date:_____   _____
                                                                                           MATTHEW W. BRANN
                                                                                           UNITED STATES DISTRICT JUDGE