FILED
WILLIAMSPORT

FEB 27 2026

PER _____ EA

DEPUTY CLERK

US DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

HONORABLE LORI HACKENBERG    #4:25-CV-01024 MWB

DANIEL BOZIN
BOZIN MEDIA GROUP
BOZIN HOLDINGS LLC

Opposition to Request for
Default
"SPECIAL APPEARANCE"

1) I hired Kolman Laws Timothy Kolman to file an ANTI-SLAPP Motion. I did not hire Tim Bowers, an individual thats listed to be on the disciplinary board with Plantiff Lori R Hackenberg.

2) I paid Timothy Kolman $1000.00 he agreed to take the case on contigancy and recoved the fee from the motion.

3) I personally never was served a summons or Complaint. To date I have not seen a copy of the complaint. Service is defective

4) Defendant Daniel Bozin asks the court to deny any default Judgement till service is completed!

5) Bozin Media or Bozin Holdings LLC OHIO Corporations were Canced out in 2018 and do not exist.

6) The Plaintiff is not Lori R Hackenberg as an individual but suing under the title "HONORABLE" as a sitting judge, an elected official status her "official" title was damaged as Snyder County Judge.

7) Bozin v Shellenberger filed in December of 2024 includes LORI R HACKENBERG a defamatory lawsuit filed in Beverly Hills, CA. Under the First file rule this case filed 6 months later is retaliatory and redundant. This case should be dismissed due to two open cases on the same claims, active in California.

8) Entry of Default should be denied in the alternative I ask for 60 days to get served and reply or set Cancel Respectfully submitted

Signed on this 21st day of February in Pennsylvania

DANIEL BOZIN

US DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

HONORABLE LORI HACKENBERG : 4:25-CV-01024

v

DANIEL BOZIN : DECLORATION OF DANIEL
BOZIN MEDIA GROUP LLS : BOZIN RE: Defective Service
BOZIN HOLDINGS LLS :

I DECLARE THE FOLLOWING

1) Bozin Media Group & Bozin Holdings LLC are OHIO Corporations that were canceled out in 2018 with the $125 filing fee refunded. There is no agent for process 3054 Village Green is not my property. The OHIO Companies Should be Considered disolved with. No assetts ever under its umbrella

2) Daniel Bozin, I do not live at 9663 Santa Monica Blvd, A mailbox Center Cannot accept service of process, nor has any Mail or service at that address ever attempted,

DANIEL BOZIN
2/23/26

CERTIFICATION OF SERVICE

I Ronald Alderdell hereby certify that a true and correct copy of the foregoing was served via USPS to

James Beasley
1125 Walnut St
Philladelpha PA 19107

Dated February 23 2026

by

Inmate Name: DANIEL BOTZIN
Clinton County Correctional Facility    100721
PO BOX 419
MC ELHATTAN PA 17748-0419

RECEIVED
WILLIAMSPORT

HARRISBURG PA    171

25 FEB 2026    PM 4    L



FEB 27 2026

LEGAL MAIL        PER ____EA____
DEPUTY CLERK

INMATE MAIL
THIS CORRESPONDENCE IS FROM A
COUNTY CORRECTIONAL FACILITY
AND THE SENDER IS AN INMATE.
THE CONTENTS HAVE NOT BEEN
EVALUATED. CLINTON COUNTY
CORRECTIONAL FACILITY IS NOT
RESPONSIBLE FOR THE CONTENTS
OR FOR DEBTS INCURRED.

US District Court Civil
240 W 3rd #218
Williamsport PA 17701

17701-646099