# EXHIBIT "A"



**Fri Feb 27 2026**

| | |
|---|---|
| **Entity#:** | 4134730 |
| **Filing Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 02/07/2018 |
| **Location:** | --- |
| **Business Name:** | BOZIN MEDIA GROUP LLC |
| **Status:** | Active |
| **Exp. Date:** | - |

## Agent/Registrant Information

DANIEL BOZIN
3054 VILLAGE GREEN DR.
WESTLAKE OH 44145
02/07/2018
Active

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| OHIO LLC - ARTICLES OF ORGANIZATION | 02/07/2018 | 201803703226 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 27th of February, A.D. 2026*

*Ohio Secretary of State*