IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HONORABLE LORI HACKENBERG
              PLAINTIFF

DANIEL BOZIN, BOZIN MEDIA GROUP, LLC
d/b/a BOZIN MEDIA and BOZIN HOLDINGS,
LLC
              DEFENDANT'S

NO: 4:25-cv-01024 MWB

SPECIAL MOTION/REPLY

FILED
WILLIAMSPORT

MAR 1 6 2026

PER_____ NR
            DEPUTY CLERK

## DEFENDANT'S REPLY TO OPPOSTION TO PLAINTIFF'S REQUEST

Defendant in ProPer hereby files this oposition to Plainitffs request for default and asks the court to dismiss this case.

1-2 Plaintiff was very aware of BOZIN's relationship with Kolman Law and Tim Kolman, Tim Kolman was retained and failed to file any documents. BOZIN only hired Tim Kolman.   Tim Bowers, who is not listed as an employee of Kolman Law, an attorney who was on the disciplinary board with Plaintiff Lori Hackenberg and is related to Scott Zegler another sitting judge in Snyder County, was never authorized to act on my behalf.  In fact he was advised to not act due to conflicts of interst and taking actions without my consent does not valid service, it is considered a act of fraud.

3-4 Seeing a copy of a complait does not suffice as valid service and any filing Defendant are making are all under a speacial appearance as Defendant is not consenting to the jurisdion of this court.

Courts have repeteley enforced service deadlines under Rule 4(m) under *Henderson v United States.* Which sets the time limit for service. Its beyond 90 days as this case was filed in June 8th of 2025 it is now March 09th 2026.

*Efaw v Williams* The Ninth Circut Court upheld dimissal when service occurred seven years after filing.

*Townsel v Contra Costa County Courts* may dismiss when Plaitiffs fail to serve defendants with in a reasonable time period.

Defendants uses a Beverly Hills Mailbox center that cannot accept service and no attempt  was ever made at that location, even if an attemt was made it would be defective and would be insufficent service under rule 12(b)(5)

5. Reviewing corporate filings, the $125 was revered on both Bozin Media Group LLC and Bozin Holdings LLC in 2018

1

since they are still listed as active YOGURT PRODUCTIONS LLC has now acquired both corporation's and now is opearating under one LLC that is YOGURT PRODUCTIONS LLC and OHIO Corporation therefoe the default on those is moot as they no longer exist.

6. Will not contest relavance

7. Agreed Plaintiff did not filed in California, Defendant Daniel Bozin filed in California under Bozin v Shellenberger which was filed first in or around December 11th 2024 and that case will be vacated to US District court as 18USC 1983 and constitation right vioaltions will be added to that case. First filing will apply. That case is still being amended.

8. No service was attempted to Defendant Daniel Bozin nor is there any proof of service attached to Plaintiffs own replay brief with the exception of a twitter post referencing an Austin Yerger who is not a process server and no process server documents were attached. If service was effective proof of service should have been filed and attached as an exhibit, Plaintiff relaied on a twitter post to state that Daniel Bozin "saw the complaint" as valid proof of service therefore Plainitffs own admission that that service was defenctive by failing to provide valid process of service to a dwelling where I resided. Therefore service is defective and past the 90 day rule. Under RULE 4(m) this case against Daniel Bozin should be dismissed.

Defentants respectfully ask the court to dismiss this case under RULE 4(m) or 12(b)(5) in the alternative allow Plainitff to properly service the sumons and compaint.

Respectfully Submitted,

/s/ Daniel Bozin

March 09, 2026

2

Inmate Name: DANIEL
Clinton County Correctional Facility
P.O. Box 419
McElhattan PA 17748-0419

LEGAL MAIL RECEIVED WILLIAMSPORT

MAR 16 2026

INMATE MAIL
THIS CORRESPONDENCE IS FROM A
COUNTY CORRECTIONAL FACILITY
AND THE SENDER IS AN INMATE.
THE CONTENTS HAVE NOT BEEN
EVALUATED. CLINTON COUNTY
CORRECTIONAL FACILITY IS NOT
RESPONSIBLE FOR THE CONTENTS
OR FOR DEBTS INCURRED.

HARRISBURG PA 171

12 MAR 2026 PM 1 L

★ USA ★ FOREVER ★

US District Court Civil
240 W 3rd #218
Williamsport, PA 17701

17701-646099