# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HONORALBE LORI HACKENBERG, | No. 4:25-CV-01024 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DANIEL BOZIN, | |
| Defendant. | |

## ORDER

**MAY 20, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Request for Entry of Default (Doc. 35) is **DENIED**;

2.  Defendant, Daniel Bozin's Motion to Dismiss (Doc. 32; Doc. 34) is **DENIED**;

3.  The Clerk of Court is ordered to mail a copy of the Second Amended Complaint (Doc. 15) to Mr. Bozin's address:

Daniel Bozin (#1007215)
Clinton County Correctional Facility
P.O. Box 419
McElhattan PA, 17748-0419

4.      Defendant, Daniel Bozin's Motion for a Continuance to File an Answer

(Doc. 36) is **GRANTED IN PART** and **DENIED IN PART**. Mr.

Bozin must file an answer by **July 4, 2026.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge