Re: 4:25-CV-01024 MWB    Hackenberg v Bozin
To the Court:

I was suposed to be released on 6-17-26 for some unknown reason that date was moved to 6-29-26 and at the 6-29-26 hearing I have to wait for a travel pas. This now brings me to the deadline of 7-4-26

If the Court Court thinks another extention is approprate I ask for that in the alternative under the January 20th 2026 order in the footnotes #14 I would renew the Special Motions to dismiss.

I would add to the special Motion that Lori R Hackenberg states she suffered emotional distress, but she is on facebook posts smileing and happy and I personally sat 15 feet away from her on 6-29-26 and she was on the beach overseeing a motion to supress and did not seem in any distress. Judges in distress cannot be on the beach.

FILED
WILLIAMSPORT

JUL 06 2026

PER _____
NR
DEPUTY CLERK

Dan B
6-30-26

Inmate Name: *DANIEL* ~~Case 4:25-cv-01024~~

Clinton County Correctional Facility
P.O. Box 419
McElhattan PA 17748-0419

*LEGAL MAIL*

HARRISBURG PA  171

1 JUL 2026   PM 1  L

FILED
WILLIAMSPORT

JUL 06 2026

PER ___*NR*___
DEPUTY CLERK

RECEIVED
WILLIAMSPORT

JUL 06 2026

PER ___*NR*___
DEPUTY CLERK

**INMATE MAIL**
THIS CORRESPONDENCE IS FROM A
COUNTY CORRECTIONAL FACILITY
AND THE SENDER IS AN INMATE.
THE CONTENTS HAVE NOT BEEN
EVALUATED. CLINTON COUNTY
CORRECTIONAL FACILITY IS NOT
RESPONSIBLE FOR THE CONTENTS
OR FOR DEBTS INCURRED.

US District Court Clerk
240  W 3rd St  #218
Williamsport  PA  17701

17701-646099