# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HONORALBE LORI
HACKENBERG,

      Plaintiff,

   v.

DANIEL BOZIN, BOZIN MEDIA
GROUP, LLC, *doing business as Bozin
Media*, BOZIN HOLDINGS, LLC,

      Defendants.

No. 4:25-CV-01024

(Chief Judge Brann)

## ORDER

**JULY 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendant, Daniel Bozin's June 6, 2026 letter (Doc. 40) is construed as a motion.

2.    That motion (Doc. 40) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a.    Defendant's request to re-raise his previously withdrawn motion to dismiss is **DENIED**;

    b.    Defendant's request for an extension to file an answer is **GRANTED**.

3.    Defendant shall file an answer to the Second Amended Complaint (Doc. 15) within twenty-one days of the entry of this Order. That is, by **August 18, 2026**. The document filed by this date must be an answer to the second amended complaint (Doc. 15).

4.    No further extension to the deadline to file an answer will be granted by the Court.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge